JS-6

Gregory Gorski
*(Admitted Pro Hac Vice)*
FRANCIS & MAILMAN. P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:  (215)735-8600
Facsimile:  (215) 940-8000

*Attorneys for Plaintiff*
*Robert Bailey*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAILEY<br><br>        **Plaintiff,**<br><br>    **vs.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>        **Defendant.** | **Civil Action No. 12-cv-6598-GW(JCx)** |

## <u>ORDER</u>

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

Defendant Experian Information Solutions, Inc. is dismissed with prejudice, with each party to bear her/its own attorney's fees, costs and expenses incurred.

Dated: March 26, 2013

_____
GEORGE H. WU, U.S. District Judge